IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

PAUL GRAHAM MANNING, )
)
    Petitioner, ) No. 2:05-0024
) JUDGE HAYNES
v. )
)
GLEN TURNER, Warden )
)
    Respondent. )

## ORDER

In accordance with the Memorandum filed herewith, Respondent's motion to dismiss (Docket Entry No. 49) is **GRANTED**. Petitioner Paul Graham Manning's petition for writ of habeas corpus (Docket Entry No. 1), amended petition for writ of habeas corpus (Docket Entry No. 39), revised amended petition for writ of habeas corpus, and motion for evidentiary hearing (Docket Entry No. 57) are **DENIED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 29th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge